UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------------------x

SHIVA STEIN,

             Plaintiff,

v.

MARLIN BUSINESS SERVICES CORP.;
JOHN J. CALAMARI; LAWRENCE J.
DEANGELO; JOHN CHRISTOPHER TEETS;
SCOTT A. HEIMES; MATTHEW J.
SULLIVAN; JAMES W. WERT; and
JEFFREY A. HILZINGER,

             Defendants.

-------------------------------------------------------------x

**ORDER**

21 CV 5384 (VB)

     On June 18, 2021, plaintiff commenced this action and stated on her civil cover sheet that the case should be assigned to the White Plains courthouse. (Doc. #2).

     Under Rule 18 of the SDNY Rules for the Division of Business Among District Judges, a civil case must be designated for assignment to White Plains if:

    i.    The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

    ii.   The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

A civil case may also be designated for assignment to White Plains if:

    iii.  The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

    iv.  At least half of the parties reside in the Northern Counties.

     Based on the Court's review of the complaint and the civil cover sheet, there is no indication the claim arose in whole or in part in the Northern Counties. Nor is there any indication that any party resides in the Northern Counties.

Accordingly, by June 29, 2021, plaintiff's counsel is directed to submit a letter to the Court explaining why this case is properly designated for assignment to White Plains under Rule 18.

Dated: June 22, 2021
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge